**Laura BRYMER v. STATE (two cases).**

**Nos. 17730, 17731.**

Court of Criminal Appeals of Texas.

May 29, 1935.

F. A. Dale and Couch & Couch, all of Bonham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of theft of property over the value of $50, and her punishment was assessed at confinement in the state penitentiary for a term of two years.

Affidavit in proper form has been filed by appellant asking this court to dismiss her appeal.

The motion is granted and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**Larry CLANDON v. STATE.**

**No. 17562.**

Court of Criminal Appeals of Texas.

May 8, 1935.

Robt. R. Mullen, of Alice, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, five years in the penitentiary.

We find in this record neither statement of facts nor bills of exception. All matters of procedure appear regular.

The judgment is affirmed.

MORROW, P. J., absent.

---

**Wilbur ELLIS v. STATE.**

**No. 17537.**

Court of Criminal Appeals of Texas.

May 15, 1935.

Dave Watson and Hal Browne, both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary; punishment assessed at two years in the penitentiary.

Appellant has filed with this court his affidavit advising that he does not desire to further prosecute his appeal, and at his request the same is dismissed.

MORROW, P. J., absent.